1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5



FILED

MAR 14 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07-MJ-00047 SMS |
|---|---|---|
| Plaintiff, | ) | ▮▮▮▮▮ ORDER |
| | ) | TO DISMISS COMPLAINT |
| v. | ) | |
| JESUS IVAN LOPEZ | ) | |
| ANTONIO SICAIROS BARRAZA, and | ) | |
| JOSE BENITO ROBLES | ) | |
| Defendants. | ) | |

▮▮▮▮▮ ORDER

For the reasons set forth in the government's motion, IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed, without prejudice, against the above-named defendants.

DATED: March 14, 2007

_____
SANDRA M. SNYDER
U.S. Magistrate Judge

1